CLAREMONT BUILDING COMPANY, PROSECUTOR, v. BOARD OF ADJUSTMENT OF THE CITY OF NEWARK ET AL., RESPONDENTS.

Submitted May term, 1928—Decided July 27, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutor, *Maurice J. Zucker.*

For the respondents, *Jerome T. Congleton.*

Per Curiam.

The judgment of the board of adjustment of the city of Newark refusing to prosecutor a permit to erect an apartment house is sought to be set aside. We are controlled by *Bellofatto et al.* v. *Montclair,* 6 *N. J. Mis. R.* 512, and the judgment under review is therefore affirmed and the writ dismissed, with costs.